**IT IS SO ORDERED.**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 12 April, 2010 05:09 PM**

BK1002408
KAE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

IN RE: | Case No. 09-21727

Tamika M. Jackson | Chapter 13

| Judge Baxter

Debtor

| **ORDER FOR RELIEF FROM STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER (PROPERTY ADDRESS: 12409 GARLAND AVENUE, GARFIELD HEIGHTS, OH 44125)**

1

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer, ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion and with notice of hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

IT IS THEREFORE ORDERED:

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

SUBMITTED BY:

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Jon M Ginter, Esq.
614 W. Superior Ave
Cleveland, OH 44113
VIA ELECTRONIC SERVICE

Tamika M. Jackson
12409 Garland Avenue
Garfield Heights, OH 44125
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Erin A Jochim, Esq.
PO Box 5480
Cincinnati, OH 45201-5480
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
VIA ELECTRONIC SERVICE

Craig H. Shopneck
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
VIA ELECTRONIC SERVICE